FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3449-BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| FERNANDO MONTES (1), ) SILVIA AVILA (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about November 30, 2007, within the Southern District of California, defendants FERNANDO MONTES and SILVIA AVILA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 14.10 kilograms (31.02 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 12/27/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial
12/11/07