AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

FERNANDO MONTES (1)

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3449-BEN

I, FERNANDO MONTES, the above-named defendant, who is accused of committing the following offenses:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer