1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Fernando Montes

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,         )   Case No. 07CR3449-BEN-01
                                      )
12             Plaintiff,             )
                                      )
13 v.                                 )   **JOINT MOTION TO CONTINUE**
                                      )   **SENTENCING HEARING**
14 FERNANDO MONTES,                   )
                                      )
15             Defendant.             )
   _____  )

17     Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erica K. Zunkel and Federal Defenders of San Diego, Inc., counsel for Fernando Montes, along with Sabrina Feve, counsel for Silvia Avila, and Assistant United States Attorney Michael Crowley, that the sentencing hearing set for April 21, 2008 be rescheduled to **Monday, May 5, 2008, at 9:00 a.m.**

                                          Respectfully submitted,

22 DATED:    April 11, 2008             /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Fernando Montes

25 DATED:    April 11, 2008             /s/ Sabrina Feve
                                          **SABRINA FEVE**
26                                        Attorneys for Silvia Avila

27 DATED:    April 11, 2008             /s/ Michael Crowley
                                          **MICHAEL CROWLEY**
28                                        Assistant United States Attorney