**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Fernando Montes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3449-BEN-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| FERNANDO MONTES, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Sabrina L. Feve
sabrina.feve@usdoj.gov,Efile.dkt.gc1@usdoj.gov; and

Michael L. Crowley
mlcrowley@usa.net,lhaigler@sbcglobal.net

Respectfully submitted,

DATED:    April 11, 2008            /s/ Erica K. Zunkel
                                    **ERICA K. ZUNKEL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Fernando Montes